[Cite as *In re K.C.*, 2024-Ohio-5081.]

# IN THE COURT OF APPEALS
# FIRST APPELLATE DISTRICT OF OHIO
# HAMILTON COUNTY, OHIO

IN RE: K.C.  :  APPEAL NO. C-240207
TRIAL NO.   23/2956-01Z

:  *O P I N I O N.*

Appeal From:   Hamilton County Juvenile Court

Judgment Appealed From Is:  Reversed in Part and Cause Remanded

Date of Judgment Entry on Appeal: October 23, 2024

*Melissa A. Powers*, Hamilton County Prosecuting Attorney, and *Norbert Wessels*, Assistant Prosecuting Attorney, for Plaintiff-Appellee,

*Raymond T. Faller*, Hamilton County Public Defender, *Margaret Kane*, Assistant Public Defender, and *Jessica Moss*, Assistant Public Defender, for Defendant-Appellant.

**ZAYAS, Judge.**

{¶1}    On November 15, 2023, K.C. admitted to receiving stolen property, a felony of the fourth degree if committed by an adult.  The victim sought restitution in the amount of $500 for the items stolen from his vehicle.  K.C. objected because the request was based on a statement in the victim impact statement that did not contain any supporting documentation, and he requested a hearing on the matter.  The State opposed a restitution hearing.  The court ordered restitution in the amount of $500.

{¶2}    K.C. appealed, raising two assignments of error challenging the restitution order.  In the first assignment of error, K.C. contends that the trial court erred by denying a restitution hearing in violation of his due process rights.  The State concedes the error and agrees that the restitution order should be vacated and the cause remanded for a restitution hearing.

{¶3}    Accordingly, we sustain the first assignment of error, reverse the trial court's judgment as to the restitution order and remand the cause for a restitution hearing.  Because we have sustained K.C.'s first assignment of error, his remaining assignment of error is moot.

Judgment reversed in part and cause remanded.

**BOCK, P.J.,** and **BERGERON, J.,** concur**.**

Please note:
　　The court has recorded its own entry on the date of the release of this opinion.